**Bruce BENNETT, Warden, Louisiana State Penitentiary, et al.**

No. 47033.

Jan. 20, 1964.

In re: Herbert Robert Murray applying for writ of habeas corpus.

The application is denied. The ruling complained of is correct.

159 So.2d 286

**Kenneth W. SHINGLEDECKER et al.**

v.

**L. Clay SPENCER et al.**

No. 47039.

Jan. 20, 1964.

In re: Gilbert J. Fortier, Jr., et al. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 157 So.2d 622.

Writ refused. The judgment complained of is correct.

159 So.2d 287

**Joe YOUNGBLOOD**

v.

**NEWSPAPER PRODUCTION COMPANY, Inc., et al.**

No. 47036.

Jan. 20, 1964.

In re: Joe Youngblood applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 158 So.2d 432.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

159 So.2d 287

**Leo O. SILVIA**

v.

**Oliver N. LAURENT.**

No. 47042.

Jan. 20, 1964.

In re: Leo O. Silvia applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 157 So.2d 623.

Writ denied. No error of law.